AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>McNulty, Kevin | 2. Court or Organization<br><br>United States District Court for the District of New Jersey | 3. Date of Report<br><br>12/16/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge | 5a. Report Type (check appropriate type)<br><br>☑ Nomination, Date 12/16/2011<br>☐ Initial ☐ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/1/2011 |
| 7. Chambers or Office Address<br><br>Gibbons P.C.<br>One Gateway Center<br>Newark, NJ 07102-5310 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions.)

☐ NONE (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Gibbons P.C. |
| 2. Member, Board of Governors | Bar Association of the Third Federal Circuit |
| 3. Director | Historical Society of the United States Court of Appeals for the Third Circuit |
| 4. Director | Urban League of Essex County (2005-2010) |
| 5. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions.)

☑ NONE (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 YTD | Gibbons P.C. Employment compensation | $137,500.00 |
| 2. | 2010 | Gibbons P.C. Employment compensation | $344,613.00 |
| 3. | 2009 | Gibbons P.C. Employment compensation | $305,454.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Self-employed writer and instructor. 1099 income. |
| 2. | 2011 | Gotham Writers' Workshop, part-time employment as instructor. W-2 income. |
| 3. | 2010 | Self-employed writer and instructor. 1099 income. |
| 4. | 2010 | Gotham Writers' Workshop, part-time employment as instructor. W-2 income. |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNulty, Kevin | 12/16/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# FINANCIAL DISCLOSURE REPORT
## Page 4 of 7

Name of Person Reporting

McNulty, Kevin

Date of Report

12/16/2011

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Brokerage account #1 | | | | | Exempt | | | | |
| 2. -Core money market acct | A | Dividend | L | T | | | | | |
| 3. -Fidelity growth company mutual fund | A | Dividend | K | T | | | | | |
| 4. -Fidelity value mutual fund | A | Dividend | K | T | | | | | |
| 5. -Fidelity equity income mutual fund | A | Dividend | J | T | | | | | |
| 6. -Fidelity strategic real return mutual fund | A | Dividend | J | T | | | | | |
| 7. -Fidelity high income mutual fund | B | Dividend | K | T | | | | | |
| 8. IRA #1 | | | | | | | | | |
| 9. -Fidelity contra mutual fund | A | Dividend | K | T | | | | | |
| 10. -Fidelity growth discovery mutual fund | A | Dividend | K | T | | | | | |
| 11. -Fidelity equity income mutual fund | B | Dividend | K | T | | | | | |
| 12. -Fidelity mega cap stock mutual fund | A | Dividend | L | T | | | | | |
| 13. -Fidelity low priced stock mutual fund | A | Dividend | J | T | | | | | |
| 14. IRA #2 | | | | | | | | | |
| 15. -Fidelity core money market fund | A | Dividend | J | T | | | | | |
| 16. -Fidelity Mega cap stock mutual fund | A | Dividend | K | T | | | | | |
| 17. -Fidelity Select health care mutual fund | A | Dividend | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes (See Column C2)  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
U =Book Value  V =Other  W =Estimated

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. IRA #3 | | | | | | | | | |
| 19. -Fidelity core money market account | A | Dividend | J | T | | | | | |
| 20. -Fidelity contra mutual fund | A | Dividend | L | T | | | | | |
| 21. -Fidelity growth discovery mutual fund | A | Dividend | K | T | | | | | |
| 22. -Fidelity equity income mutual fund | A | Dividend | J | T | | | | | |
| 23. -Fidelity select energy mutual fund | A | Dividend | K | T | | | | | |
| 24. -Fidelity select health care mutual fund | A | Dividend | J | T | | | | | |
| 25. T Rowe Price-Vanguard 500 mutual fund (401(k)) | D | Dividend | N | T | | | | | |
| 26. Fidelity balanced mutual funds | C | Dividend | M | T | | | | | |
| 27. Fidelity cash reserves money market fund | A | Dividend | J | T | | | | | |
| 28. Vanguard wellington mutual fund | A | Dividend | J | T | | | | | |
| 29. Hudson City Savings Bank accounts, including matured CDs | B | Interest | M | T | | | | | |
| 30. American Express high yield savings accounts | B | Interest | K | T | | | | | |
| 31. Bank of America accounts | A | Interest | K | T | | | | | |
| 32. Gibbons P.C. Capital Account | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| McNulty, Kevin | 12/16/2011 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| McNulty, Kevin | 12/16/2011 |

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _Kevin McNulty_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 260 | 734 | Notes payable to banks-secured | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | 1 | 046 | 495 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – personal residence | | 401 | 757 |
| Real estate owned – personal residence | | 818 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 91 | 875 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| Gibbons PC capital account | | 69 | 456 | | | | |
| Thrift Savings Plan | | 228 | 824 | | | | |
| | | | | Total liabilities | | 401 | 757 |
| | | | | Net Worth | 2 | 114 | 627 |
| Total Assets | 2 | 516 | 384 | Total liabilities and net worth | 2 | 516 | 384 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |